IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID PEREZ, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. GLR-26-0454 |
| PAMELA BONDI, et al., | * | |
| Respondents. | * | |
| | * | |

***

## **ORDER**

Upon consideration of Petitioner David Perez's Petition for Writ of Habeas Corpus filed on February 4, 2026 (ECF No. 1), the Court's Order on February 10, 2026 (ECF No. 7), and the lack of any status report indicating a failure to comply with this Court's Order, along with the entire record in this case, it is hereby:

ORDERED that no further status reports need to be filed; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

So ordered this 24th day of February, 2026.

/s/
George L. Russell, III
Chief United States District Judge